[No. 10776–3–I. Division One. July 16, 1984.]

EDWARD F. MCNAMARA, *Appellant,* v. DONALD S. MANN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 860340, Oluf Johnsen, J. Pro Tem., entered September 3, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Andersen, J.

[No. 13201–6–I. Division One. July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL VALERA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03686–9, Lee Kraft, J., entered April 22, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Callow, JJ.

[No. 6179–1–II. Division Two. July 16, 1984.]

CANDACE M. JORDAN, ET AL, *Appellants,* v. DAVE G. RING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 9544, Tyler C. Moffett, J., entered February 17, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie, J., and Thompson, J. Pro Tem.

[No. 6334–4–II. Division Two. July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. SHELDON KARL DUGAN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7576, Don L. McCulloch, J., entered April 29, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.